PRESSLEY v. CAN COMPANY

No. 38 PC.

Case below: 39 N.C. App. 467.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 April 1979.

SEDERS v. POWELL, COMR. OF MOTOR VEHICLES

No. 30 PC.

Case below: 39 N.C. App. 491.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 4 April 1979. Motion of defendant to dismiss appeal for lack of substantial constitutional question allowed 4 April 1979.

STATE v. DICKERSON

No. 94 PC.

Case below: 39 N.C. App. 736.

Petition by defendant for discretionary review under G.S. 7A-31 denied 17 April 1979. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 17 April 1979.

STATE v. HODGES

No. 37 PC.

Case below: 39 N.C. App. 734.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 April 1979.

STATE v. HORNE

No. 84 PC.

Case below: 40 N.C. App. 280.

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 March 1979.